Timothy A. WILLIAMS, Respondent,

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Appellant.**

No. ED 81219.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 4, 2003.

Jeremiah W. (Jay) Nixon, Atty. Nicole L. Sublett, Asst. Atty. Gen., Jefferson City, MO, for appellant.

Timothy F. Devereux, Clayton, MO, for respondent.

Before LAWRENCE E. MOONEY, C.J., LAWRENCE G. CRAHAN, J., and ROBERT E. CRIST, Sr. J.

ORDER

PER CURIAM.

The Director of Revenue appeals from the circuit court's judgment reinstating the driving privileges of Timothy A. Williams.

We have reviewed the parties' briefs and the record on appeal. The judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the judgment pursuant to Rule 84.16(b).